# IN THE SUPREME COURT OF THE STATE OF NEVADA

PAMELA EARLS-TORRENCE,
          Appellant,
vs.
UNIVERSITY MEDICAL CENTER OF
SOUTHERN NEVADA,
          Respondent.

No. 72035

**FILED**

JAN 19 2017



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing a complaint for medical negligence. Eighth Judicial District Court, Clark County; Nancy L. Allf, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District,* 103 Nev. 686, 747 P.2d 1380 (1987). Accordingly we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

17-02049

cc:     Hon. Nancy L. Allf, District Judge
Pamela Earls-Torrence
Morris, Sullivan, Lemkul & Pitegoff/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A